

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-6-2007

# USA v. Poellnitz

Precedential or Non-Precedential: Non-Precedential

Docket
No. 06-3027

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Poellnitz" (2007). *2007 Decisions.* Paper 133.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/133

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

This opinion has been removed from the repository at the request of a party to the case.